|  | **United States Bankruptcy Court**<br>**Central District Of California** |
|---|---|
| In re:<br>Zuma Real Estate Services, Inc. | CHAPTER NO.: 11 |
|  | CASE NO.: 8:09−bk−19191 |

# CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**

**A.** You must cure the following within 15 days from filing of your petition:

☑ Corporate Ownership Statement

**B.** If you are a Small Business Debtor in a Chapter 11 case, within 7 days after the date of the filing of the petition, you must file the most recent:

1. Balance sheet
2. Statement of operations
3. Cash−flow statement
4. Federal tax return

OR

5. Statement made under penalty of perjury that no balance sheet, statement of operations, or cash−flow statement has been prepared and no Federal tax return has been filed [11 U.S.C.§1116]

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

For all items above you must file the original and the following number of copies [Local Bankruptcy Rule 1002−1]:

    Chapter 11    1 Original and 3 Copies

**Please return the original or copy of this form with all required items to the following location:**

    411 West Fourth Street, Suite 2030, Santa Ana, CA 92701−4593

If you have any questions, please contact the below−referenced Deputy Clerk:

                                                          **JON D. CERETTO, CLERK OF COURT**

Dated: August 31, 2009

                                                             **By: Jennifer Wright**
                                                                    **Deputy Clerk**

# CERTIFICATE OF NOTICE

```
District/off: 0973-8          User: jwrightC          Page 1 of 1              Date Rcvd: Sep 01, 2009
Case: 09-19191                Form ID: ccdn           Total Noticed: 3

The following entities were noticed by first class mail on Sep 02, 2009.
db          +Zuma Real Estate Services, Inc.,   19732 Mac Arthur Blvd #125,   Irvine, CA 92612-2455
aty         +Philip A Levy,   Law Office of Philip A. Levy,   32 Tall Hedge,   Irvine, CA 92603-0175
ust         +United States Trustee (SA),   411 W Fourth St., Suite 9041,   Santa Ana, CA 92701-8000

The following entities were noticed by electronic transmission.
NONE.                                                                                          TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 02, 2009**        **Signature:** _Joseph Speetjens_