|  | **United States Bankruptcy Court**<br>**Central District Of California** |
|---|---|
| In re:<br>Zuma Real Estate Services, Inc. | CHAPTER NO.: 11 |
|  | CASE NO.: 8:09−bk−19191 |

# NOTICE OF CASE DEFICIENCY
## UNDER 11 U.S.C. § 521(a)(1) AND BANKRUPTCY RULE 1007

**To Debtor and Debtor's Attorney of Record,**

**Pursuant to F.R.B.P. 1007, you must file the following documents within 15 days from the date of the filing of your petition. Your case may be dismissed if you fail to do so.**

## Eq. Sec. Hold. List

**Even if the indicated document are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

According to Bankruptcy Rule 1007, within 15 days after you filed the petition, **YOU MUST EITHER:**

(1)     File the above−referenced documents and the proper number of copies [Local Bankruptcy Rule 1002−1]:

        Chapter 11     1 Original and 3 Copies

**OR**

(2)     File and serve a motion for an order extending the time to file the required document(s).

 IF YOU DO NOT COMPLY, in a timely manner with either of the above alternatives, your case may be the subject of an order to show cause to dismiss the case. Motion for extension of time to file schedules and other papers shall comply with Local Bankruptcy Rule 1007−1, and shall be supported by admissible evidence demonstrating cause for the requested extension.

**BY ORDER OF THE COURT**
Dated: <u>August 31, 2009</u>

**JON D. CERETTO, CLERK OF COURT**

    **By: <u>Jennifer Wright</u>**
      **Deputy Clerk**

# CERTIFICATE OF NOTICE

```
District/off: 0973-8          User: jwrightC           Page 1 of 1              Date Rcvd: Sep 01, 2009
Case: 09-19191                Form ID: def             Total Noticed: 3

The following entities were noticed by first class mail on Sep 02, 2009.
db           +Zuma Real Estate Services, Inc.,   19732 Mac Arthur Blvd #125,   Irvine, CA 92612-2455
aty          +Philip A Levy,   Law Office of Philip A. Levy,   32 Tall Hedge,   Irvine, CA 92603-0175
ust          +United States Trustee (SA),   411 W Fourth St., Suite 9041,   Santa Ana, CA 92701-8000
The following entities were noticed by electronic transmission.
NONE.                                                                                       TOTAL: 0
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 02, 2009**                    **Signature:** _Joseph Speetjens_